UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISIONAL                    Aug 1ST, 2017

Clerk of the Court
500 N. Stateline Ave
Texarkana, Texas 75501

FILED
AUG 3 2017
Clerk, U.S. District Court
Texas Eastern

TDCJ# 1288893
Deijoung Eugene Lemons
-VS-
Texas Department of Criminal Justice         5:17cv141

DEFENDANT

## I.
### LEGAL ARGUMENT

On 5-5-2017 I Deijoung Lemons was Accused of groping a TDCJ (UTMB) Staff Ms. Cynthia Williams. I have denied these Alligations and I have Drafted up a law suite for the violation of my Rights.

## II.
### General Rules of Conduct that were Violated

Rule 10: (Falsification of Document Records), Rule 32: (Giving False Testimony/Information), Rule 37: (Misconduct) Rule 13: (Failure to obey a proper

order from Authority)

## III
### The Effect its Caused & my prayer.

Because of these alligations I Have been found guilty of a Crime I never Commited in turn Ive lost my F.I.3 parole grant. Im suffering from Endless Stress, loss of Sleep, Depression Just to name a Few. This not only Effects me but Also my family on the outside of these walls who love me Dearly they have to go through this torment as well. I pray that this matter can Be taken care of Immediatly. I Have strong Evidence to win this law suite.

## IV.
### Conclusion.

Im seeking $2,000,000,000 United States Dollars as well as my FREEDOM As A result of this in-Justice, Justice need to be Rewarded as A result of this law suite. I Have Hand written statements from Ranked officials who were on the wing where & when these alligations Arose, these Are statements that Differ the Accusations. I Have them in my possesion, I will not Attache these Statements Do to this unit's Investigation on

my mail for the sole purpose of retrieving these statements I will wait until contacted by a representative of the court of law to present these statements. I hope this can all be resolved in peace and in a timley manner.

Sincerley

x _____
Mr. DeYoung Eugene Lemons
Authorized Representative